UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUINTA McGRUDER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>AREF FAKHOURY,<br><br>　　　　Respondent. | No. CV 12-2737 FFM<br><br>JUDGMENT |

　　Pursuant to the Order Dismissing Action,

　　IT IS ADJUDGED that the Petition is dismissed on the merits with prejudice.

DATED: <u>October 25, 2012</u>

　　　　　　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge