UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUINTA McGRUDER, | ) | No. CV 12-2737 FFM |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| AREF FAKHOURY, | ) ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that the Petition is dismissed on the merits with prejudice.

DATED: <u>October 25, 2012</u>

                                                     /S/ FREDERICK F. MUMM
                                                   FREDERICK F. MUMM
                                                   United States Magistrate Judge